USCA1 Opinion

 

 November 14, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1380  JAMES McLAUGHLIN, Plaintiff, Appellant, v. UNITED STATES SECRETARY OF THE NAVY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Gene Carter, U.S. District Judge] ___________________ ____________________ Before Selya, Cyr and Boudin, Circuit Judges. ______________ ____________________ James McLaughlin on brief pro se. ________________ Jay P. McCloskey, United States Attorney, Frank W. Hunger, __________________ _________________ Assistant Attorney General, Marleigh D. Dover and Jennifer Hay Zacks, _________________ __________________ Attorneys, Appellate Staff, Civil Division, Department of Justice, on brief for appellees. ____________________ ____________________ Per Curiam. We have carefully reviewed the record __________ and the briefs of the parties and summarily affirm the judgment of the district court for essentially the reasons stated in the recommended decision of the magistrate judge. The district court adopted the reasoning of this decision when it dismissed appellant's complaint, and we, too, think that reasoning is persuasive. Appellant's motion for summary disposition is therefore denied. Affirmed. See 1st Cir. R. 27.1. ________ ___ -3-